UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br>vs.<br><br>JOSE DANIEL GONZALEZ-RODRIGUEZ<br>              Defendant. | No. CR-12-055-JLQ<br><br>ORDER OF DISMISSAL and to CLOSE FILE |

Defendant Jose Daniel Gonzalez-Rodriguez appeared before the court for sentencing in this matter, and a related matter, Case No. 12-45-JLQ-2, on November 13, 2012. Defendant was represented by Gloria Finn Porter. At that time the Government, represented by Assistant United States Attorney Stephanie Lister, orally moved to dismiss the Indictment in this case, CR-12-055-JLQ, wherein Defendant is charged with illegal entry to the United States. The Government had agreed to dismiss this action as part of the Plea Agreement in Case No. 12-45-2 (See Plea Agreement at ECF No. 205). At Paragraph 6 of the Plea Agreement in CR-12-045-2 the parties agreed as follows:

> Additionally, the parties agree that the Defendant will move to vacate his plea of guilty to Illegal Entry in 12-CR-00055-JLQ and the United States agrees to dismiss the charge of Illegal Entry, in 12-CR-00055-JLQ at the time of sentencing.

Defendant had previously entered a plea of guilty in this matter. Upon the Government's oral Motion to Dismiss the charge of illegal entry, the court allowed Defendant to withdraw his plea. This Order memorializes those rulings.

**IT IS HEREBY ORDERED:**

1. The Government's oral Motion to Dismiss, which the court construes as being

ORDER - 1

made pursuant to Fed.R.Crim.P. 48(a) is **GRANTED**. The court makes no judgment as to the merit or wisdom of this dismissal.

2. Defendant's prior plea of guilty is vacated.

3. The Clerk of the court is directed to enter a Judgment of dismissal of the Indictment and close this file.

**IT IS SO ORDERED**. The Clerk shall enter this Order, enter Judgment, and furnish copies to counsel.

Dated this 16th day of November, 2012.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2