# UNITED STATES DISTRICT COURT
## Eastern District of Washington

UNITED STATES OF AMERICA,

                    Plaintiff,

v.

JOSE DANIEL GONZALEZ-RODRIGUEZ,

                    Defendant.

**JUDGMENT**

CASE NUMBER: CR-12-055-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the government's Motion to Dismiss is granted; Defendant's prior guilty plea is vacated; the Indictment is dismissed.

November 16, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*